**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

MASUD AHMED,                             :
                                         :
                   Plaintiff,            :          26-CV-0321 (OTW)
                                         :
          -against-                      :          **POST-CONFERENCE ORDER**
                                         :
D J W TRANSPORT INC., et al.,            :
                                         :
                   Defendants.           :
                                         :
                                         :
-------------------------------------------------------------x

       **ONA T. WANG**, **United States Magistrate Judge**:

       The Court held an Initial Case Management Conference on May 13, 2026. As discussed at the conference, the parties are directed to file a joint status letter on **June 26, 2026**, and the last business Friday of every month thereafter.

       The parties' letter should discuss what discovery has been done, what discovery remains outstanding, and how they plan to complete that discovery in a timely manner. If the joint status letter contains a request for relief such as a discovery dispute or the extension of a discovery deadline, the parties are directed to file it as a letter motion instead.

       **SO ORDERED.**

 

_/s/ Ona T. Wang_
Dated: May 13, 2026                                **Ona T. Wang**
      New York, New York                      United States Magistrate Judge