WWW.GVLAW.COM

GALLO VITUCCI KLAR LLP

MEMO ENDORSED

Sherri A. Jayson
Partner
Manhattan Midtown
sjayson@gvlaw.com
212-683-7100

August 3, 2026

Hon. Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: Ahmed v. D J W Transport Inc et al.
Case No.: 1:26-cv-00321-OTW

Dear Judge Wang:

I submit this letter motion to request that the post discovery conference scheduled for October 07, 2026 at 10:30 a.m. (ECF Doc. No. 18) be changed to a date after October 15, 2026. I will be out of the office from September 18 through October 15, 2026.

Mr. Mahan kindly consents to this request.

Very truly yours,

Sherri A. Jayson

cc: Michael Mahan, Esq. (By ECF Only)

**SO ORDERED:**

Application GRANTED. The October 7, 2026 is canceled. The post discovery conference will now be held on October 27, 2026, at 10:30 a.m.

**Ona T. Wang** 8/6/26
United States Magistrate Judge