**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MASUD AHMED,<br><br>Plaintiff,<br><br>-against-<br><br>D J W TRANSPORT INC., et al.,<br><br>Defendants. | 26-CV-0321 (OTW)<br><br>**ORDER OF DISMISSAL** |

**ONA T. WANG**, **United States Magistrate Judge**:

The parties have advised the Court that this action has been settled. (ECF 22). Accordingly, it is ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within 30 days of the date of this Order if the settlement is not consummated. To be clear, any application to reopen **must** be filed **within 30 days** of this Order; any application to reopen filed thereafter may be denied solely on that basis.

If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

Any pending motions shall be terminated as moot, and all conferences shall be vacated *sine die*. The Clerk of Court is respectfully directed to close the case.

**SO ORDERED.**

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: October 21, 2026
New York, New York